UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JESUS RICARDO-ROJAS
            Petitioner
    v.                                      **Judgment in a Civil Case**
JANET NAPOLITANO; DISTRICT
DIRECTOR; DIRECTOR; JONATHAN
MINER
            Respondents           Case Number: 5:10-HC-2056-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for lack of subject matter jurisdiction.
.

This Judgment Filed and Entered on December 9, 2010, with service on:
Jesus Ricardo-Rojas 80113-004, Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986 (via U.S. Mail)

December 9, 2010                              /s/ Dennis P. Iavarone
                                                    Clerk